UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Chad Edward Payne,                                  Case No. 08-49761-SWR
Mary Jamal Payne,                                 Chapter 7
                                                                                                    Hon. Steven W. Rhodes

            Debtors.
_____/

NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

       The enclosed check in the amount of $6.43 represents the total sum of unclaimed dividends (less than $5) in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these unclaimed dividends is as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | Academy Collection Service, Inc. | $3.51 |
| 9 | Meade & Associates<br>Attn: Bankruptcy<br>737 Enterprise Dr.<br>Westerville, OH 43081 | $2.92 |
| | Total: | $6.43 |

Dated: May 20, 2010

                                                              /s/ Mark H. Shapiro (P43134)
                                                              Trustee
                                                              25925 Telegraph Road
                                                              Suite 203
                                                              Southfield, MI 48033
                                                              (248) 352-4700
                                                              shapiro@steinbergshapiro.com